# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LYNNE GARDNER and BRET GARDNER, wife and husband, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| WELLS FARGO BANK, NA, | ) |
| *Defendant* | |

Civil Action No.    2:19-CV-0207-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Judgment is entered in favor of Defendant Wells Fargo Bank, NA.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____THOMAS O. RICE_____ on Defendant's Motion for
    Summary Judgment (ECF No. 59)

Date:    July 12, 2021

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Linda L. Hansen
_____
*(By) Deputy Clerk*

Linda L. Hansen
_____